962 So.2d 940 (2007)
MARKETING SYSTEMS GROUP, INC., et al., Appellants,
v.
CARNIVAL CORP. Carnival Cruise Lines, Inc., Appellees.
No. 3D06-1111.
District Court of Appeal of Florida, Third District.
July 18, 2007.
Bernardo Burstein, Miami, for appellants.
Mase Lara, P.A., and Beverly D. Eisenstadt, and Richard D. Lara, Miami, and Joel Lumer, for appellees.
Before GERSTEN, C.J., and ROTHENBERG, and LAGOA, JJ.
*941 PER CURIAM.
Affirmed. See Gem Broad., Inc. v. Minker, 763 So.2d 1149, 1150 (Fla. 4th DCA 2000).